# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**RUDOLFO VILLARREAL, Reg. #24422-045**            **PLAINTIFF**

**v.**           **Case No. 2:18-cv-00148-KGB**

**ARTURO C. RENDON, Counselor, Ozark Unit,**
**U.S. Federal Bureau of Prisons,** *et al.*           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Rudolfo Villarreal's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 23rd day of January, 2020.

_____
Kristine G. Baker
United States District Judge